| | |
|---|---|
| Donald Arnwine and Loretta Davidson, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00045 |
| | ) JUDGE PHILLIPS/SHIRLEY |
| Lockheed Martin Energy Systems, Inc., | ) |
| Wackenhut Services, Inc., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF SEVERANCE

Upon the parties' joint motion to sever the cases of plaintiffs Donald Arnwine and

Loretta Davidson, for good cause shown, and in accordance with the parties' proposed

agreed order, it is hereby ordered:

1.      That the cases of plaintiffs Donald Arnwine and Loretta Davidson be

severed.

2.      That the case of Donald Arnwine be docketed as a separate action against

Lockheed Martin Energy Systems, Inc. and assigned a new docket number.

3.      That the case of Loretta Davidson against Wackenhut Services, Inc. – Oak

Ridge be docketed as a separate action and retain its present docket number.

ENTER:

*Thomas W. Phillips*

Thomas W. Phillips
United States District Judge