# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DONALD J. ARNWINE,<br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN ENERGY SYSTEMS, INC.,<br>    Defendant. | No. 3:06-CV-356<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Lockheed Martin Energy Systems, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Donald J. Arnwine take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Lockheed Martin Energy Systems, Inc., recover of the plaintiff Donald J. Arnwine its costs of action.

The final pretrial conference scheduled for July 9, 2007 and the trial scheduled for July 17, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2007.

                                                      s/ Patricia L. McNutt
                                                       Clerk of Court